Opinion by Cole, J. It was stipulated that the merchandise in question consists of salted codfish similar to that passed upon in Abstract 48574. In accordance therewith it was held dutiable, as claimed, at 1½ cents per pound under the provision for "cod * * * skinned or boned, whether or not dried" in paragraph 719(3) (19 U. S. C. 1940 ed. § 1001, par. 719 (3)), as modified by the Canadian Trade Agreement (T. D. 49752), rather than as classified, as "cod * * * prepared or preserved, not specially provided for," at 12½ percent ad valorem under paragraph 720(b) (19 U. S. C. 1940 ed. § 1001, par. 720(b)), as modified by said trade agreement.

Before the Second Division, May 31, 1944

No. 49451.—Protests 584121–G, etc., of O. Yoshizawa Co. (New York).

Opinion by Tilson, J. The record showed that certain of the hats in question, valued at less than $3 per dozen, are similar to those involved in *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664). Those imported and withdrawn for consumption prior to the Netherlands Trade Agreement (T. D. 48075) were held dutiable at 25 percent under paragraph 1504 (b) (5), and those imported and withdrawn for consumption subsequent to said trade agreement were held dutiable at 12½ percent under paragraph 1504 (b) (5) as amended. Protests sustained to this extent.

Before the Second Division, June 1, 1944

No. 49452.—Protest 101412–K of Darmstadt, Scott & Courtney (New York).

Opinion by Kincheloe, J. The testimony fully supports the plaintiff's contention that the involved merchandise is of much poorer quality and dirtier than flax tow, and that it is used almost exclusively for paper making. The protest was therefore sustained to that extent.

No. 49453.—Protests 996729–G, etc., of Aoki Taiseido Book Co. (San Francisco)

Opinion by Kincheloe, J. It was stipulated that certain of the books in question are the same in all material respects as those passed upon in *Aoki Taiseido Book Co.* v. *United States* (10 Cust. Ct. 217, C. D. 757). The protests were therefore sustained to that extent.

No. 49454.—Protests 985923–G, etc., of Aoki Taiseido Book Co. (San Francisco).

Opinion by KINCHELOE, J. It was stipulated that certain of the books in question are the same in all material respects as those passed upon in *Aoki Taiseido Book Co.* v. *United States* (10 Cust. Ct. 217, C. D. 757). The protests were therefore sustained to that extent.

**No. 49455.**—Protests 948113–G, etc., of Aoki Taiseido Book Co. (San Francisco).

Opinion by KINCHELOE, J. It was stipulated that certain of the books in question are the same in all material respects as those passed upon in *Aoki Taiseido Book Co.* v. *United States* (10 Cust. Ct. 217, C. D. 757). The protests were therefore sustained to that extent.

**No. 49456.**—Protests 965507–G, etc., of Aoki Taiseido Book Co. (San Francisco).

Opinion by KINCHELOE, J. It was stipulated that the books, assessed as books for children's use, are the same in all material respects as those involved in *Aoki Taiseido Book Co.* v. *United States* (10 Cust. Ct. 217, C. D. 757), and those assessed as fashion magazines or lithographs were stipulated to be the same in all material respects as those passed upon in *Aoki Taiseido Book Co.* v. *United States* (6 Cust. Ct. 221, C. D. 467). In accordance therewith the protests were sustained as to both of these items.

**No. 49457.**—Protests 104959–K, etc., of Associated Merchandising Corp. et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, JUNE 2, 1944

**No. 49458.**—Protests 108626–K, etc., of Rosenblatt & Towbin et al. (New York).

Opinion by WALKER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, JUNE 2, 1944

**No. 49459.**—Protests 83217–K, etc., of C. J. Tower & Sons (Buffalo).